# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| HEARING DATE: | August 11, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-1772-bhl |
| CASE NAME: | Amachree v. Barr et al |
| MATTER: | Status Conference |
| APPEARANCES: | John D. Gorby, Attorney for Plaintiff |
| | William E. Keeler, III, Attorney for Defendants Sheriff Dale J. Schmidt and The County of Dodge Wisconsin |
| TIME: | 11:41 a.m. – 11:58 a.m. |
| COURTROOM DEPUTY: | Kristine B. |

**AUDIO OF THIS HEARING IS AT ECF NO. 66**

No one appeared for the Federal Defendants. The Court summarized the procedural history of the case and explained why the current complaint fails to comply with Fed. R. Civ. P. 8(a), complicating analysis of the Federal Defendants' Motion to Dismiss. Counsel for the plaintiff and County Defendants confirmed the accuracy of the Court's procedural summary and acknowledged the logic of the Court dismissing the Complaint *without prejudice* for failure to comply with Rule 8(a), while allowing Plaintiff the chance to replead. For the reasons stated,

**IT IS HEREBY ORDERED** that the motion to dismiss, ECF No. 48, is **GRANTED**. Plaintiff's complaint is **DISMISSED** *without prejudice* as to all claims and all defendants for failure to comply with Fed. R. Civ. P. 8(a). Plaintiff may file an amended complaint on or before **September 10, 2021**.

**IT IS FURTHER ORDERED** that counsel for the Federal Defendants, Assistant U.S. Attorney Pawlak and Acting U.S. Attorney Frohling, must show cause in writing on or before **August 18, 2021** as to why no one appeared for the United States at the August 11, 2021 status conference.

**IT IS FURTHER ORDERED** that the motion to substitute and dismiss party, ECF No. 60, is **DENIED as moot**.

Dated at Milwaukee, Wisconsin on August 11, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
